**PRIORITY SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CAL AERO JET CENTER, LLC/TRI-STATE AIRLINES, LTD., a Nevada limited liabillity company, TRI-STATE CANAMERA HOLDINGS, LLC, an entity of unknown form or origin, CANAMERA HOLDINGS, LLC, a Nevada limited liability company, CAL AERO LEASING CO., LLC, a Nevada limited liability company, CAL AERO JET CENTER GROUP, LLC, a California limited liability company, CAL AERO JET CENTER, LLC, a California limited liability company, PHILLIP OLDRIDGE, LEE GILROY, DENNIS O'LEARY and KATHI O'LEARY,<br><br>　　　　　　Defendants.<br>_____ | Case No. EDCV 07-1525-VAP (JCRx)<br><br>**ORDER OF DISMISSAL** |

　　THE COURT having ordered the Plaintiff to show cause in writing, not later than April 9, 2008, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

1    THE COURT ORDERS that this action be, and hereby is, dismissed without
2  prejudice for lack of prosecution and for failure to comply with the orders of the Court,
3  pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.

7  Dated:   April 24, 2008

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge